# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00587-CV

Jaime Masters, in Her Official Capacity as Commissioner of the Texas Department of Family and Protective Services, and the Texas Department of Family and Protective Services, Appellants

v.

PFLAG, Inc. and Adam Briggle and Amber Briggle, individually and as parents and next friends of M.B., a minor, Appellees

---

FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-GN-22-002569, THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

---

## O R D E R

PER CURIAM

Appellees, PFLAG, Inc. and Adam Briggle and Amber Briggle, individually and as parents and next friends of M.B., a minor, have filed an emergency motion for temporary injunctive relief pursuant to Rule 29.3. Appellees ask the Court to grant temporary relief and reinstate the trial court's September 16, 2022 order granting their application for a temporary injunction. To preserve the status quo while the Court considers the motion for temporary relief, pending further order of this Court, we temporarily order that the trial court's September 16, 2022 "Order Granting PFLAG, Inc.'s and the Briggle Plaintiffs' Application for Temporary Injunction" is reinstated. *See* Tex. R. App. P. 29.3 ("[T]he appellate court may make any temporary orders necessary to preserve the parties' rights until disposition of the appeal . . . .").

The Court requests that appellants file a response to the motion for temporary relief on or before October 6, 2022.

It is ordered on September 26, 2022.

Before Chief Justice Byrne, Justice Triana, and Justice Smith